16



# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Case: 2:26-cv-14289
Assigned To : Murphy, Stephen J., III
Referral Judge: Morris, Patricia T.
Assign. Date : 11/10/2026
Description: PRIS JEREMIAH JOHNSON V. MICHIGAN DEPARTMENT OF CORRECTIONS ET AL (CC)

Jeremiah Johnson

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

*(to be filled in by the Clerk's Office)*

Jury Trial: ☐ Yes ☐ No
*(check one)*

**v.**

Michigan Department of corrections
warden A. Douglas
A/Hum Richard Dodman
Julayne Richmond unit chief
MDOC Health Care
Rebecca Poccobello Registered Nurse

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

# Complaint for Violation of Civil Rights (Prisoner Complaint)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

**In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.**

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jeremiah Johnson

All other names by which you have been known:

ID Number: 808849

Current Institution: Saginaw correction facility

Address: 9625 Pierce Rd freeland MI, 48623

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Michigan Department of corrections

Job or Title (if known): Prison

Shield Number: level ~~box~~ IV

Employer: saginaw correctional facility

Address: 9625 Pierce Rd freeland MI. 48623

☐ Individual capacity ☒ Official capacity

Defendant No. 2

Name: Warden A. Douglas
Job or Title (if known): warden of the Prison
Shield Number:
Employer: MDOC Saginaw correctional facility
Address: 9625 pierce Rd freeland MI 48623

☐ Individual capacity ☐ Official capacity

Defendant No. 3

Name: ~~[illegible]~~ Richard Dodman
Job or Title (if known): ~~[illegible]~~ A/NUM/ ~~[illegible]~~ overseer Healthcare chief
Shield Number:
Employer: Saginaw Correctional Facility
Address: 9625 piercerd R freelendMI 48623

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name: Rebecca Poccobello (RP1a)
Job or Title (if known): (RN) Regissterd nurse
Shield Number:
Employer: saginaw correctional facility
Address: 9625 Pierce Rd freelandMI 48623

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

- ☐ Federal officials (a *Bivens* claim)
- ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My 8th Amendment Rights

constitutional Rights

Cruel And unusual Punishment

Deliberately Indifferent to his medical needs

Serious medical needs

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

NO Bivens Claims

State Prisoner

~~8th Amendment~~ ~~[illegible]~~

~~Cruel & unusual~~

~~Punishment~~

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

All Parties involved was Neglegance to My well being and health AND ignored The urgency of injurys.

under 8th Amendment

I sent grievances and warden A Douglas was ignoring my Need for medical attention Denying my grievances, I am under his Protection and safety it is ~~[illegible]~~ up to him to keep me safe and healthy

AlHum. Duty is to oversee Nurses, MD and all health care staff he was notified through grievances and Health care kites and he also denied and refused to take action. Estelle V. Gamble

RN Rebecca Poccobello - reading my health care Kites Not taking serious of the urgency and well being of my injury. she was Deliberately indifferent To my injurys and health

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* ______

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Saginaw correctional facility on 8-1-26 medical was called and informed I had a
injury to a finger I was given ice, tongue compressor and motrin. I told them
Something was not right I have Jammed my finger worst before but the way
This Pain and how inMobile it is, it aint right. I requested a x ray MRI,
and cat scan onspot I was refused all of those until 9-4-26 which alleged
clean But I know my tendons and veiens could be messed up I have had multiple
Call outs that has been cancelled and I have been refused medical for
50 days I have a serious injury. The A/HUM has not been urgent about getting
me To medical. I Have Had over 7 medical callouts to see medical Provider cancelled for
reasons I Dont Know? I am being refused Medical week after week

MDOC Health Care

8-1-26 - 10-26-26

C. What date and approximate time did the events giving rise to your claim(s) occur?

from 8-1-26 To Present Day 10-30-26

seen medical Provider 1 time

But The DX Never even touched my finger To feel swelling and how inmobile it was.

That was on 9-10-26 40 Days after incident

Im in very Bad Pain, and Not getting medical help

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

8-1-26 Jeremiah Johnson hurt his index right finger, medical was informed and called me
over. It was only a Nurse available so I was provided with a splint, ice and tape.
I requested to see medical Doctor and XRays, cat scan and MRI. upon Request
I was denied all request! I put a medical kite in on 8-3-26 to see
Doctor or specialist and my kite was seen and They scheduled me a appointment
TO see a Nurse for a follow up. more tape, splint and Motrin was only
available To me, once again I requested to see a medical Provider and was denied
that was 8/9/26 another follow up with a Nurse was on 8-17-26 Nothing
was Done I requested xray, MRI, catscan Denied once again. from 8-17-26
I kept putting medical kites and grievances so I finally was put on a
appointment to see The medical Doctor which she did not examine or even touch
my finger But she did schedule a xRay after 40 Days of injury. Never
Did I get a callout To go over xRay. xRay was Done on 9-10-26. I
have had 6 callouts to see Provider cancelled from 9-11-26 to
10-30-26. I have been denied medical provider callouts for 40
Days strait. My finger is swollen immobile and when it gets cold my hand
Won't move. I Have been so Patient, The C/o's have body cam footage
of medical denying me. I have exausted my grievances put in 20 medical
Kites and still Not took serious about my finger. I have no clue on how to
rehabilitate my finger, I have not got no opinions on what could be wrong
with my finger. My 8th amendment has been violated and I been giving Cruel
and unusual Punishment for no reason I have been respectful through it
all. I just wanted medical help. The A/Hum Richard Dodman has ignored
my urgency to get medical help and so has warden A. Douglas Because he has
been denying my grievances. lansing has also been informed and never called to
The facility to check to see what the Problem is. The "RN" Rebecca Pocobella
has shown Dileberate indifferences to my injury Because she has been recieving
all my urgent medical kites and has not made sure I have been seen.
I have Not recieved NO information on what could even been wrong
with my finger. MDOC is responsible for Mr. Jeremiah Johnson safety and
health and has not fulfilled there duties as overseer of This Prisoner
(808849) Prisoner Johnson has no feeling in finger
can not move it. It has been 3 months has got
worse over time. Its no reason That Mr. Johnson
Should be getting denied health care under MDOC
care!

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Hurt index finger

was only Provided with splint, ice, Tongue compressor
After 40 Days xray was provided

No Cat scan
No MRI

finger swollen Not mobile
It has effected my whole hand
Not once has my finger been examined or touched
By a Nurse or medical provider
finger is blew out And I have permanent damage
To my hand because it wasnt fixed in time and MDOC
Did not care to fix it

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Compensation for my Pain/ and I cant work when I get released

500,000

My finger has got worst and I cant move it at all
I had to survive in level 4 prison with a hurt hand
I explained multiple times I am in so much Pain Not
Took serious,

8th Amendments violated
I Tried all available options Before This lawsuit
This is Mr. Johnson last option
I Have to leave Prison in couple Months and go strait to
The doctor to get help!
I'm sopose to be accessible to full medical help and Mr. Johnson
was refused The medical attention Needed

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Saginaw correctional facility

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes (circled)

☐ No

☒ Do not know (scribbled out)

If yes, which claim(s)?

Yes They covel all of them
I was Being Denied medical care for my finger
and it effected my whole hand
I expressed The urgency and Pain in every grievance and medical kite

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Through the facility step I and step II Then step III Through lansing

2. What did you claim in your grievance?

That I was being Denied medical care and I need to see a Doctor and to have MRI and cat scans I was seen By a Nurse But the Nurse said They couldn't diagnose or help me because a Nurse has basic Training and Tell Mr. Johnson anything Because that is a Medical Provider Job dutres

3. What was the result, if any?

Nothing Just being denied at every Step No urgency to help Me or To see me. after I Put in grievances my callouts was ~~[illegible]~~ being Cancelled and retaliation was being brought Forth on me

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I exausted all Process, appealed all denials to the full extent
Went to step ~~III~~ sent grievances to lansing
Wrote Judges & lawyers
I took all steps on Grievances
I have copies of all grievances I, II, III
and medical kites

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

I informed every C/O That worked and
filed all grievances

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

20 medical Kites
7 grievances
informed captains, seargents, C/O's, Nurses that I seen
on the yard.
grieved lansing
grievances to warden

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) N/A

   Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/A

3. Docket or index number

4. Name of Judge assigned to your case

________________________________________

5. Approximate date of filing lawsuit

________________________________________

6. Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. ________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) ______________________________

Defendant(s) ______________________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

________________________________________

4. Name of Judge assigned to your case

_______________________________________________

5. Approximate date of filing lawsuit

_______________________________________________

6. Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. ____________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_______________________________________________

_______________________________________________

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: October 28, 20 26.

Signature of Plaintiff [signature]

Printed Name of Plaintiff Jeremiah Johnson

Prison Identification # 808849

Prison Address 9625 Pierce Rd ~~Freeland~~

| Freeland | MI | 48623 |
|---|---|---|
| City | State | Zip Code |

**Additional Information:** My right hand does Not function like my left hand, I might have to be on disability for the rest of My life because I havent got the Proper ~~treat~~ treatment and care. I have tried settling this Situation without Putting this lawsuit in but I Just am Not getting No help or care. I have been having alot of issues with MDOC Health care through out my 8 year incarceration, But this Time I cant let this go without Notice, I am asking For fair Compensation and Judgement for this case. I am Not looking for a come up or free money I have been Neglected and overlooked and ignored for Months" For the color of my skin and the status of me being incarcerated, me being less then a human. I Know if I was in the free world I Wouldnt have to beg for and be denied medical help. I Have copies of all medical Kites and all grievances I want to attach here but I want to wait on my legal help)

I have been fighting for my life in level 4 with a hurt hand
No help No care and denyals to all my request for options that
is medically available. Cat scans, MRI, Medical Providers, Normal care
from MDOC Medical) I am in so much pain every day AND I
cant do my average daily duties because my right dominant hand is
hurt. All grievances have been denied all medical Kites have been thrown
away "Body cam footage"

Jeremiah Johnson #808849
Saginaw correctional facility
9625 Pierce Rd
Freeland MI 48623

FIRST-CLASS
US POSTAGE PITNEY BOWES
ZIP 48623 $ 001.36⁰
02 7W
0008040211 NOV 02 2026

U.S. MARSHALS

RECEIVED
NOV 10 2026
CLERK'S OFFICE
DETROIT

Eastern
District Court
231 West lafayette
Detroit MI. 48226

48226$2700 C052